**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00195-CV

———————————

**SUSAN BROMLEY, Appellant**

**V.**

**LYNN BENYI, Appellee**

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0077407**

---

## MEMORANDUM OPINION

Appellant, Susan Bromely, has filed a motion to dismiss her appeal because

the parties have entered into a mediated settlement agreement. *See* TEX. R. APP. P.

42.1(a)(1). Although appellant's motion does not contain a certificate of conference,

the motion contains a certificate of service on appellee's counsel, the motion has

been on file with this Court for more than ten days, and no response has been filed. *See id.* 9.5(d), (e), 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Lloyd.

2